IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


**UNITED STATES OF AMERICA**

**v.**                                                    **Criminal No. 4:17CR40010-001**

**JOEL LAMAR MOORE**
**a/k/a "Cook Loc"**


## FINAL ORDER OF FORFEITURE

On May 17, 2018, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 23). In the Preliminary Order of Forfeiture, a Taurus Model PT845 semi-automatic handgun with serial number NBW95216 was forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 18, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was July 17, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 17, 2018, shall become final at this time.

IT IS SO ORDERED this 3rd day of October, 2018.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE